UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. TAPIA,<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., a National Association, as successor in interest to World Savings Bank, FSB; NDEX WEST, LLC, a Limited Liability Company; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO,<br><br>       Defendants. | CASE NO.:  CV 14-7929-GW(JPRx)<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon. George H. Wu]* |

   On February 17, 2015, the Court entered an Order granting the Motion to Dismiss First Amended Complaint [Doc. No. 34], filed by defendant WELLS

1  FARGO BANK, N.A. (successor by merger with Wells Fargo Bank Southwest,
2  N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells
3  Fargo"), and dismissing all remaining claims for relief in the First Amended
4  Complaint with prejudice. Accordingly:

5  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

6  1. The First Amended Complaint is dismissed with prejudice;

7  2. Judgment is entered in favor of defendant Wells Fargo, and against
8  plaintiff Maria T. Tapia; and

9  3. Plaintiff Maria T. Tapia shall take and recover nothing in this action
10 from defendant Wells Fargo.

12 Dated: February 23, 2015

  HON. GEORGE H. WU
  UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On February 18, 2015, I served the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

**Served Via The Court's CM/ECF System:**

| *Counsel for Plaintiff* *Maria T. Tapia:* | *Counsel for Defendant* *NDeX West LLC:* |
|---|---|
| Batkhand Zolijargal, Esq. THE ALBERTS FIRM 1600 N. Broadway, Suite 1010 Santa Ana, CA  92706 | Edward A. Treder, Esq. James T. Lee, Esq. BARRETT DAFFIN, ET AL. 20955 Pathfinder Road, Suite 300 Diamond Bar, CA  91765 |
| Tel:  (714) 441-1144 Fax:  (714) 547-7633 | Tel:  (626) 915-5714 Fax:  (909) 595-7640 |
| bzoljargal@albertsfirm.com | edwardt@bdfgroup.com jamesl@bdfgroup.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on February 18, 2015.

| Jill Ashley | */s/ Jill Ashley* |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |